**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**
**(314) 244–4500**

| | |
|---|---|
| **In re** | **Case No.: 23–42071 – B357** |
| **Debtor(s):** | **Chapter: 7** |

125 Spring LLC – See below for reported alias information.
– 82–2028239
– See below for reported alias information.
–

**Order and Notice of Failure to Pay Filing Fee Through Internet**

The Court approved making payment of fee related events mandatory through the Internet effective September 1, 2004. On June 14, 2023, ECF participant William H. Ridings, Jr. did not pay the filing fee of $338.00 through the Internet for the filing of the Voluntary Petition. A filing fee is due at the time of filing this document. See L.R. 1006(A). Payment of all fees due can be made either through CM/ECF by accessing the Internet Payment Due option in the Utilities menu or by bringing the necessary payment directly to the Intake Counter at the Court.

If the fee is not paid within two business days from the date of this Order, **the petition or pleading may be dismissed or denied without further notice or hearing.**

*Brian C. Walsh* (signature)

**U.S. Bankruptcy Judge**

Dated: 6/15/23
St. Louis, Missouri
Rev. 01/18 ecffee

**Reported Alias Information:**
125 Spring LLC –
–