Case Number **23−42071**

| Information to identify the case: | | |
|---|---|---|
| Debtor | 125 Spring LLC <br> Name | EIN: 82−2028239 |
| United States Bankruptcy Court  Eastern District of Missouri | | Date case filed for chapter:   7   6/14/23 |
| Case number:  23−42071 | | |

Official Form 309C (For Corporations or Partnerships)
## Order and Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline                                                                                   12/15

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities (see Bankruptcy Code §362 for prohibited collection actions). This means that creditors generally may not take action to collect debts from the debtor, from the debtor's property, or from certain codebtors. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, telephone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the Court to extend or impose a stay.
To protect your rights, consult an attorney.

**The staff of the Bankruptcy Clerk's Office cannot give legal advice.**

**Do not file this notice with any Proof of Claim or other filing in the case.**

| | | |
|---|---|---|
| **1. Debtor's full name** | 125 Spring LLC | |
| **2. All other names used in the last 8 years** | | |
| **3. Address** | 1840 Derhake Rd <br> Florissant, MO 63033 | |
| **4. Debtor's attorney** <br> Name and address | William H. Ridings Jr. <br> Ridings Law Firm <br> 2510 S. Brentwood Blvd, Ste. 205 <br> St. Louis, MO 63144 | Contact phone: (314) 968−1313 <br><br> Email: ridingslaw2003@yahoo.com |
| **5. Bankruptcy trustee** <br> Name and address | David A. Sosne <br> David A. Sosne, Trustee <br> 903 S. Lindbergh <br> Suite 200 <br> St. Louis, MO 63131−2934 | Contact phone: 314−991−4999 <br><br> Email: dastrustee@summerscomptonwells.com |
| **6. Bankruptcy Clerk's Office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.uscourts.gov. | 111 South Tenth Street <br> Fourth Floor <br> St. Louis, MO 63102 <br> Telephone number: (314) 244−4500 <br> McVCIS: 1−866−222−8029, #87 <br> Electronic Case Information/PACER: https://ecf.moeb.uscourts.gov <br><br> Office Hours: Monday − Friday 8:30 a.m. − 4:30 p.m. | |
| **7. Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **July 18, 2023 at 09:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the Court docket. | Location: <br><br> **Call 1−866−819−1785. Once prompted, enter 2289181. For more details see, www.moeb.uscourts.gov/341meetings** |

**For more information, see page 2 >**

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline**                                                    page 1

Debtor   **125 Spring LLC**     Case number **23–42071**

| | |
|---|---|
| **8. Proof of claim**<br>Please do not file a Proof of Claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a Proof of Claim now.<br><br>If it later appears that assets are available to pay creditors, the Clerk will send you another notice telling you that you may file a Proof of Claim and stating the deadline. |
| **9. Foreign Creditors** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the Court to extend the deadlines in this notice. Consult an attorney familiar with United States Bankruptcy Law if you have any questions about your rights in this case. |
| **10. Abandonment of Property** | At the meeting of creditors, the trustee may announce the abandonment of specific property of the estate that is burdensome or of inconsequential value. The trustee will file a list of such property in the trustee's 341 Meeting Report. Any objection to this abandonment must be filed in writing with the Clerk's Office and the trustee within 14 days after the conclusion of the meeting of creditors. |

**So Ordered:**

*/s/ Brian C. Walsh*

United States Bankruptcy Court Judge
**Date:** June 15, 2023

---

Any paper that you file in this bankruptcy case should be filed at the Bankruptcy Clerk's Office at the address listed in section number 6 of this order and notice. Registered electronic users should file through our Case Management/Electronic Case Files (CM/ECF) system at https://ecf.moeb.uscourts.gov. **This Court requires all attorneys to file electronically through CM/ECF.** You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the Bankruptcy Clerk's Office or via the Internet if you have a PACER subscription. You may register for PACER at www.pacer.uscourts.gov. Case status information is available 24 hours a day by contacting **McVCIS (Multi–Court Voice Case Information System)** or via the Internet using PACER. Information about the meeting of creditors, certain forms, and other matters can be obtained from the Court's website: https://www.moeb.uscourts.gov.