UNITED STATES BANKRUPTCY COURT
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, Fourth Floor
St. Louis, MO 63102

In re:                                                    Case No.: 23–42071 – B357
125 Spring LLC                                            Chapter: 7

**Debtor(s)**

## ORDER AND NOTICE OF DOCUMENTS DUE

**The following documents were not filed with the voluntary petition or by the date of the order of conversion. They are due within 14 days from the date of filing of the above listed bankruptcy petition or from the date of the order of conversion.**

**NOTICE IS HEREBY GIVEN THAT FAILURE TO TIMELY FILE THE DOCUMENTS NOTED BELOW ☑ OR FILE A WRITTEN REQUEST FOR EXTENSION OF TIME WITHIN THE 14–DAY PERIOD MAY LEAD TO DISMISSAL OF THIS CASE WITHOUT FURTHER NOTICE OR HEARING OR MAY LEAD TO OTHER ACTION.**

☐ The Filer incorrectly filed the Individual Form for at least one or more of the documents indicated below. The correct NON–INDIVIDUAL Form MUST be filed.
☐ A Summary of Your Assets and Liabilities (Official Form B206Sum)
☐ Schedule A/B: Property – Non–Individual (Official Form B206A/B)
☐ Schedule D: Creditors Who Hold Claims Secured by Property (Official Form B206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form B206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form B206G)
☐ Schedule H: Your Codebtors (Official Form B206H)
☐ Declaration Under Penalty of Perjury On Behalf of a Corporation or Partnership (Official Form B202)
☐ Statement of Your Financial Affairs (Official Form B207)
☑ Disclosure of Compensation of Attorney for Debtor (Federal Rule of Bankruptcy Procedure 2016(b)) (Official Form B2030)
☑ A Summary of Your Assets and Liabilities; All Schedules; Declaration Under Penalty of Perjury on Behalf of a Corporation or Partnership; and Statement of Your Financial Affairs.
☐ Voluntary Petition, Official Form B101, was filed. Voluntary Petition, Official Form B201, MUST be filed as an Amended Petition.
☐ Statement of Corporate Ownership required by Federal Rule of Bankruptcy Procedure 1007(a)(1) and 7007.1.
☐ Documents required to be filed pursuant to Local Rule 1019(A)(3)
☐ Matrix and Verification of Matrix in Converted Case, if Creditors are being added (L.R. 1019)
☐ Other

**Copies of the Official Forms referenced above can be accessed at:**
https://www.uscourts.gov/forms/bankruptcy–forms

*Brian C. Walsh*

**U. S. Bankruptcy Judge**

**Dated:** 6/15/23
**St. Louis, Missouri**
**Rev.** 12/20 defnon14

United States Bankruptcy Court
Eastern District of Missouri

In re: | Case No. 23-42071-bcw
125 Spring LLC | Chapter 7
  Debtor

# CERTIFICATE OF NOTICE

District/off: 0865-4 | User: admin | Page 1 of 1
Date Rcvd: Jun 15, 2023 | Form ID: defnon14 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2023:**

**Recip ID           Recipient Name and Address**
db              +  125 Spring LLC, 1840 Derhake Rd, Florissant, MO 63033-6432

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2023           Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2023 at the address(es) listed below:

**Name**                **Email Address**
David A. Sosne
                        dastrustee@summerscomptonwells.com  dsosne@ecf.axosfs.com

Office of US Trustee
                        USTPRegion13.SL.ECF@USDOJ.gov

William H. Ridings, Jr.
                        on behalf of Debtor 125 Spring LLC ridingslaw2003@yahoo.com

TOTAL: 3